UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUZANNE DRAKE, ON BEHALF OF HERSELF AND
ALL OTHERS SIMILARLY SITUATED,                    Civ. Action No.

                      Plaintiff,

   -against-                                       **NOTICE OF REMOVAL**

ASSET MAXIMIZATION GROUP, INC.,

                      Defendant.
------------------------------------------------------------------X

TO:   THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF NEW YORK:

        **PLEASE TAKE NOTICE** that Defendant, Asset Maximization Group, Inc. ("Defendant"), hereby removes to this Court the action described below.

        1.    On October 7, 2016, Plaintiff, Suzanne Drake ("Plaintiff"), commenced a civil action, on behalf of herself and all others similarly situated in the Supreme Court of the State of New York, County of Suffolk, entitled: <u>Suzanne Drake v. Asset Maximization Group, Inc.</u> (the "Supreme Court Action"). Pursuant to 28 U.S.C. §§1441 and 1446, Defendant removes the Supreme Court Action to the United States District Court for the Eastern District of New York, which is the judicial district in which the Civil Court Action is pending.

        2.    The grounds for removal of the Civil Court Action are as follows:

           (a) Plaintiff filed the Summons with Notice in the Supreme Court Action on October 7, 2016;

           (b) The matter in controversy involves a federal question because there are issues arising from federal law.

        3.    This is a civil action of which this Court has jurisdiction pursuant to the provisions of 28 U.S.C. §1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §1441(a).

4. This Notice of Removal is timely pursuant to the provisions of 28 U.S.C. §1446(b). Defendant received the Summons with Notice in the Supreme Court Action on February 13, 2017. Thus, this Notice of Removal is within thirty days of Defendant's receipt of the Summons with Notice, and within one year after the commencement of the Civil Court Action.

5. A copy of all process, pleadings, and orders served upon Defendant in the Supreme Court Action, consisting of the Summons with Notice and Complaint, is attached hereto as Exhibit "A".

**WHEREFORE**, Defendant prays that the Civil Court Action be removed to the United States District Court for the Eastern District of New York.

Dated: Garden City, New York
March 10, 2017

Respectfully submitted,

L'ABBATE, BALKAN, COLAVITA
& CONTINI, L.L.P.

By: _____
MATTHEW J. BIZZARO
*Attorneys for Defendant*
1001 Franklin Avenue
Garden City, NY 11530
(516) 294-8844